UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 09-3073(DSD/SRN)

Muhammad Akbar,

    Petitioner,

v.           **ORDER**

U.S. Parole Commission,
Chevy Chase MD/20815,
Warden Brian Jett, FMC
Rochester MN/55904

    Respondents.

  This matter is before the court upon petitioner Muhammad Akbar's ("Akbar") pro se objections to the November 13, 2009, report and recommendation of Magistrate Judge Susan Richard Nelson. The magistrate judge recommends dismissing Akbar's 28 U.S.C. § 2241 petition challenging the United States Parole Commission's designation of his case for original jurisdiction.[1] The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2(b).

  After a review of the file, record and proceedings herein, including the audio recording of Akbar's June 17, 2009, interim parole hearing [Doc. No. 7], the court finds that the report and recommendation of the magistrate judge is well reasoned and

---

[1] In an original jurisdiction case, the recommendation of a parole hearing examiner is reviewed by a majority of the Commissioners of the U.S. Parole Commission. 28 C.F.R. § 2.17.

correctly disposes of Akbar's petition.  Therefore, the court overrules Akbar's objections.

Accordingly, **IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. No. 3] is adopted in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   January 29, 2010

s/David S. Doty<br>
David S. Doty, Judge<br>
United States District Court
